UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDERSON EDUARDO ULUAN LOPEZ,

                Petitioner,

    -against-

MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; KENNETH GENALO, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement; TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice; PAUL ARTETA, in his official capacity as Sheriff, Orange County, New York,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/24/2026___

26 Civ. 4335 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

    SO ORDERED.

Dated: May 24, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge