**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANDERSON EDUARDO ULUAN LOPEZ,**<br>***Petitioner*,**<br>**v.**<br>**MARKWAYNE MULLIN, *et al.*,**<br>***Respondents*.** | **No. 26-4335**<br>**~~[Proposed]~~ Order** |

**~~[Proposed]~~ Order Granting Motion to**
**Enter Judgment and Close Docket for Petition for Writ of Habeas Corpus**

On this date, August 24, 2026, it is hereby ordered that Petitioner's Motion to Enter Judgment and Close Docket for Writ of Habeas Corpus is granted. All orders enjoining Petitioner's transfer or removal from the United States are vacated.

BY THE COURT

HONORABLE LEWIS J. LIMAN
United States District Judge

August 24, 2026