**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

ANDERSON EDUARDO ULUAN LOPEZ,

Petitioner,

-against-

26 **CIVIL** 4335

# JUDGMENT

MARKWAYNE MULLIN, et al.,

Respondents.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2026, Petitioner's Motion to Enter Judgment and Close Docket for Writ of Habeas Corpus is granted. All orders enjoining Petitioner's transfer or removal from the United States are vacated.

**Dated:** New York, New York

August 26, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**